M. Ray Hartman III, (CA Bar #211205)*
PERKINS COIE LLP
11452 El Camino Real, Suite 300
San Diego, CA 92130-2080
Telephone:  858.720.5700
Facsimile:  858.720.5799
Rhartman@perkinscoie.com
DocketSDO@perkinscoie.com

Andrea J. Driggs (NV Bar #15211)
Margo R. Casselman (AZ Bar #034963)*
**PERKINS COIE LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone:  602.351.8000
Facsimile:  602.648.7000
ADriggs@perkinscoie.com
MCasselman@perkinscoie.com
DocketPHX@perkinscoie.com

David R. Koch (NV Bar #8830)
KOCH & SCOW LLC
11500 South Eastern Avenue, Suite 210
Henderson, Nevada 89052
Telephone: 702.318.5040
Facsimile: 702.318.5039
DKoch@kochscow.com

*Attorneys for Defendants CalNev Pipe Line, LLC, Kinder Morgan Pipeline, LLC, Kinder Morgan Energy Partners, L.P. and Kinder Morgan, Inc.*

*Pro Hac Vice Forthcoming

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Melinda Adkins, et al.,<br><br>         Plaintiffs,<br><br>  v.<br><br>Union Pacific Railroad Company, et al.,<br><br>         Defendants. | No. 2:21-cv-01818-APG-VCF<br><br>**JOINT MOTION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (First Request)** |

Defendants CalNev Pipe Line, LLC; Kinder Morgan Pipeline, LLC; Kinder Morgan Energy Partners, L.P.; and Kinder Morgan, Inc. (collectively, "Kinder Morgan"), and all Plaintiffs, through undersigned counsel, jointly stipulate and request that Kinder Morgan may have an extension of time, through October 18, 2021, to answer or otherwise respond to Plaintiffs' complaint.

Plaintiffs filed their First Amended Complaint in state court on September 16, 2021. Because the First Amended Complaint made substantial changes and added dozens of additional plaintiffs, the parties agreed that Kinder Morgan would have until October 18, 2021 to respond. On September 30, 2021, before Kinder Morgan had responded to the complaint, Defendants Monsanto Company, Pharmacia LLC, and Solutia Inc. removed the case to this Court. Plaintiffs and Kinder Morgan stipulate that the agreed-upon deadline of October 18, 2021 remains appropriate and necessary to allow Kinder Morgan sufficient time to respond to the complaint's allegations. This is the parties' first request for such an extension of time to respond to the complaint, and the parties certify that the request is not made for any improper purpose.

Dated: October 5, 2021

| MUELLER & ASSOCIATES, INC. | PERKINS COIE LLP |
|---|---|
| By: /s/ Lindsay A. Dibler<br>Lindsay A. Dibler<br>**THE LAW OFFICE OF**<br>**LINDSAY A. DIBLER, LLC**<br>10211 Thornwood Drive<br>St. Louis, Missouri 63124<br><br>Craig A. Mueller<br>808 South Seventh Street<br>Henderson, Nevada 89101<br><br>*Attorneys for Plaintiffs* | By: /s/ Andrea J. Driggs<br>M. Ray Hartman III*<br>PERKINS COIE LLP<br>11452 El Camino Real, Suite 300<br>San Diego, CA 92130-2080<br><br>Andrea J. Driggs<br>Margo R. Casselman*<br>2901 North Central Avenue, Suite 2000<br>Phoenix, Arizona 85012-2788<br><br>David R. Koch<br>KOCH & SCOW LLC<br>11500 South Eastern Avenue, Suite 210<br>Henderson, Nevada 89052<br><br>*Attorneys for Defendants CalNev Pipe Line, LLC, Kinder Morgan Pipeline, LLC, Kinder Morgan Energy Partners, L.P. and Kinder Morgan, Inc.*<br><br>*Pro Hac Vice Forthcoming |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 10-6-2021

# CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2021, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants including:

Craig A. Mueller, Esq.
Mueller & Associates, Inc.
808 South Seventh Street
Las Vegas, NV 89101
electronicservice@craigmuellerlaw.com

Lindsay A. Dibler, Esq.
The Law Office of Lindsay A. Dibler, LLC
10211 Thornwood Dr.
St. Louis, MO 63124

*Attorneys for Plaintiffs*

Kelly A. Evans, Esq.
Chad R. Fears, Esq.
Jay J. Schuttert, Esq.
Hayley E. Miller, Esq.
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Email: kevans@efstriallaw.com
Email: jschuttert@efstriallaw.com
Email: hmiller@efstriallaw.com

Kelly A. Evans, Esq.
Chad R. Fears, Esq.
Jay J. Schuttert, Esq.
Hayley E. Miller, Esq.
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Email: kevans@efstriallaw.com
Email: jschuttert@efstriallaw.com
Email: hmiller@efstriallaw.com

*Attorneys for Defendants Monsanto Company, Solutia Inc., and Pharmacia LLC*

/s/ Stephanie J. Lawson
_____

154109907.1