M. Ray Hartman III, (CA Bar #211205)*
**PERKINS COIE LLP**
11452 El Camino Real, Suite 300
San Diego, CA 92130-2080
Telephone:  858.720.5700
Facsimile:  858.720.5799
Rhartman@perkinscoie.com
DocketSDO@perkinscoie.com

Andrea J. Driggs (NV Bar #15211)
Margo R. Casselman (AZ Bar #034963)*
**PERKINS COIE LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone:  602.351.8000
Facsimile:  602.648.7000
ADriggs@perkinscoie.com
MCasselman@perkinscoie.com
DocketPHX@perkinscoie.com

David R. Koch (NV Bar #8830)
**KOCH & SCOW LLC**
11500 South Eastern Avenue, Suite 210
Henderson, Nevada 89052
Telephone: 702.318.5040
Facsimile: 702.318.5039
DKoch@kochscow.com

*Attorneys for Defendants CalNev Pipe Line,*
*LLC, Kinder Morgan Pipeline, LLC, Kinder*
*Morgan Energy Partners, L.P. and Kinder Morgan, Inc.*

*\*Admitted Pro Hac Vice*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Melinda Adkins, et al.,<br><br>                    Plaintiffs,<br><br>          v.<br><br>Union Pacific Railroad Company, et al.,<br><br>                    Defendants. | No. 2:21-cv-01818-APG-VCF<br><br>**JOINT MOTION TO EXTEND TIME FOR RESPONSE, REPLY, AND ANY SUR-REPLY REGARDING KINDER MORGAN'S MOTION TO DISMISS AND JOINDER (First Request)** |

1    Defendants CalNev Pipe Line, LLC; Kinder Morgan Pipeline, LLC; Kinder
2    Morgan Energy Partners, L.P.; and Kinder Morgan, Inc. (collectively, "Kinder Morgan"),
3    and all Plaintiffs, through undersigned counsel, jointly stipulate and request that the Court
4    extend the deadlines for briefing on Kinder Morgan's Motion to Dismiss Plaintiffs' First
5    Amended Complaint (the "Motion") (Dkt. 65) and Kinder Morgan's Joinder in Defendant
6    City of Las Vegas Downtown Redevelopment Agency's Motion to Dismiss (the
7    "Joinder") (Dkt. 66). As explained below, there is good cause for the extensions.

8    On October 7, 2021, Defendant the City of Las Vegas Downtown Redevelopment
9    Agency (the "City") filed a motion to dismiss Plaintiffs' First Amended Complaint. Dkt.
10   18. Shortly thereafter, on October 18,[1] Kinder Morgan filed its Motion and Joinder, which
11   expressly join in and incorporate one of the arguments raised in the City's motion.

12   On October 19, Plaintiffs sought an extension of time to respond to the City's
13   motion based on Plaintiffs' then-forthcoming motion to remand this matter and "the
14   importance of an early determination of subject matter jurisdiction" by the Court. Dkt. 63
15   at 2–3. However, Plaintiffs did not seek a corresponding extension of time to respond to
16   Kinder Morgan's Motion and Joinder at that time. The Court granted Plaintiffs' requested
17   extension regarding the City's motion, giving Plaintiffs until November 15 to file their
18   response. Dkt. 81.

19   Because Kinder Morgan's Motion and Joinder expressly incorporate and join the
20   City's motion, Plaintiffs and Kinder Morgan agree that it would be most efficient—and
21   would avoid overcomplicating matters—if extensions are granted for the briefing on
22   Kinder Morgan's Motion and Joinder that parallel the extensions granted with respect to
23   the City's motion.

24

25   ———————————————
26   [1] Kinder Morgan re-filed the Motion and Joinder as separate documents on October 21, 2021, pursuant to the Clerk's Notice. *See* Dkts. 60, 64.

Accordingly, the parties respectfully stipulate and request that the Court extend the deadlines for briefing the Motion and Joinder as follows:

| Event | Deadline |
|---|---|
| Plaintiffs' amended responses to Kinder Morgan's Motion and Joinder[2] | November 22, 2021 |
| Kinder Morgan's replies in support of the Motion and Joinder | Seven days after Defendant the City of Las Vegas Downtown Redevelopment Agency files its reply in support of its motion to dismiss (Dkt. 18) |
| Plaintiffs' motion for leave to file any sur-replies regarding Kinder Morgan's Motion or Joinder | Seven days after Kinder Morgan files its replies |

The parties also respectfully request that any hearing on the Motion and Joinder or the City's motion be set after the above-referenced deadlines have passed.

---

[2] Should Plaintiffs choose not to file an amended response, their previously filed responses (Dkts. 83 & 84) shall remain operative.

Dated:  November 10, 2021

**MUELLER & ASSOCIATES, INC.**          **PERKINS COIE LLP**

By:*/s/ Craig A. Mueller*                            By: */s/ M. Ray Hartman*
    Craig A. Mueller, Esq.                             M. Ray Hartman III*
    808 S. Seventh Street                              11452 El Camino Real, Suite 300
    Henderson, Nevada 89101                            San Diego, CA 92130-2080

    Lindsay A. Dibler                                  Andrea J. Driggs
    **THE LAW OFFICE OF**                              Margo R. Casselman*
    **LINDSAY A. DIBLER, LLC**                         2901 North Central Avenue, Suite 2000
    10211 Thornwood Drive                              Phoenix, Arizona 85012-2788
    St. Louis, Missouri 63124

    *Attorneys for Plaintiffs*                         David R. Koch
                                                       **KOCH & SCOW LLC**
                                                       11500 South Eastern Avenue, Suite 210
                                                       Henderson, Nevada 89052

                                                       *Attorneys for Defendants CalNev Pipe Line,*
                                                       *LLC, Kinder Morgan Pipeline, LLC, Kinder*
                                                       *Morgan Energy Partners, L.P. and Kinder*
                                                       *Morgan, Inc.*

                                                       *\*Admitted Pro Hac Vice*

                                                       IT IS SO ORDERED:

                                                       _____
                                                       UNITED STATES DISTRICT JUDGE

                                                       DATED:    November 15, 2021

-4-