Kelly A. Evans, Esq. (SBN 7691)
Chad R. Fears, Esq. (SBN 6970)
Jay J. Schuttert, Esq. (SBN 8656)
Hayley E. Miller, Esq. (SBN 14241)
**EVANS FEARS & SCHUTTERT LLP**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: (702) 805-0290
Facsimile: (702) 805-0291
Email: kevans@efstriallaw.com
Email: cfears@efstriallaw.com
Email: jschuttert@efstriallaw.com
Email: hmiller@efstriallaw.com

Thomas M. Goutman, Esq. (*Pro Hac Vice*)
Adam E. Miller, Esq. (*Pro Hac Vice*)
Richard L. Campbell, Esq. (*Pro Hac Vice to be filed*)
Kim Kocher, Esq. (*Pro Hac Vice*)
David S. Haase, Esq. (*Pro Hac Vice*)
Rosemary R. Schnall, Esq. (*Pro Hac Vice*)
**SHOOK, HARDY & BACON L.L.P.**
Two Commerce Square
2001 Market St., Suite 3000
Philadelphia, PA 19103
Telephone: (215) 278-2555
Facsimile: (215) 278-2594
Email: tgoutman@shb.com
Email: amiller@shb.com
Email: rcampbell@shb.com
Email: kkocher@shb.com
Email: dhaase@shb.com
Email: rschnall@shb.com

*Attorneys for Defendants Monsanto Company, Solutia Inc., and Pharmacia LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MELINDA ADKINS, an Individual; et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY, A foreign corporation, et al.,<br><br>Defendants. | **Case No.: 2:21-cv-01818-APG-VCF**<br><br>**STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO REMAND**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Defendants and Plaintiffs (collectively "The Parties"), through their counsel, respectively submit the following Stipulation and Order Modifying Briefing Schedule on Plaintiffs' Motion to Remand (First Request).

On September 30, 2021, the Pharmacia Defendants removed this case to this Court pursuant to the Class Action Fairness Act (28 U.S.C. § 1332(d)).

On November 1, 2021, Plaintiffs filed their Motion to Remand.

Defendants' Opposition to Plaintiffs' Motion to Remand is currently due November 15, 2021, with Plaintiffs' Reply due November 22, 2021.

To accommodate the attorneys' schedules and the upcoming holidays the Parties have agreed to extend these deadlines.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their respective counsel, that the time for Defendants to file their Opposition to Plaintiff's Motion to Remand wil be due November 22, 2021, and Plaintiffs' Reply will be due December 6, 2021.

Dated:  November 15, 2021.

| **EVANS FEARS & SCHUTTERT LLP** | **PERKINS COIE LLP** |
|---|---|
| */s/ Chad R. Fears* | */s/ M. Ray Hartman  III* |
| Kelly A. Evans, Esq. (SBN 7691) | M. Ray Hartman III. |
| Chad R. Fears, Esq. (SBN 6970) | (*Pro Hac Vice to be filed*) |
| Jay J. Schuttert, Esq. (SBN 8656) | Andrea J. Driggs, Esq. (SBN 15211) |
| Hayley E. Miller, Esq. (SBN 14241) | Margo R. Casselman, Esq. |
| | (*Pro Hac Vice to be filed*) |
| Thomas M. Goutman, Esq. (*Pro Hac Vice*) | |
| Adam E. Miller, Esq. (*Pro Hac Vice*) | David R. Koch, Esq. (SBN 8830) |
| Richard L. Campbell, Esq. | **KOCH & SCOW, LLC** |
| (*Pro Hac Vice to be filed*) | |
| Kim Kocher, Esq. (*Pro Hac Vice*) | *Attorneys for Defendants CalNev Pipe Line,* |
| David S. Haase, Esq. (*Pro Hac Vice*) | *LLC, Kinder Morgan Pipeline, LLC, Kinder* |
| Rosemary R. Schnall, Esq. (*Pro Hac Vice*) | *Morgan Energy Partners, L.P., and Kinder* |
| **SHOOK, HARDY & BACON L.L.P.** | *Morgan, Inc.* |
| | |
| *Attorneys for Defendants Monsanto Company, Solutia Inc., and Pharmacia LLC* | |
| | |
| **GREENBERG TRAURIG, LLP** | **DEPUTY CITY ATTORNEY** |
| */s/ Alayne M. Opie* | */s/ Jeffrey L. Galliher* |
| Kara B. Hendricks, Esq. (SBN 7743) | Brian K. Scott, Esq. (SBN 4381) |
| Alayne M. Opie, Esq. (SBN 12623) | Jeffrey L. Galliher, Esq. (SBN 8078) |
| | |
| *Attorneys for Defendant Union Pacific Railroad Company* | *Attorneys for Defendant City of Las Vegas Downtwon Redevelopment Agency* |

1  **MUELLER & ASSOCIATES, INC.**
2  */s/ Craig A. Mueller*
   Craig A. Mueller, Esq. (SBN 4703)
3
   *Attorneys for Plaintiffs*
4

**IT IS SO ORDERED.**

**ORDER**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED:  November 16, 2021

- 3 -