# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| MELINDA ADKINS, an Individual; GERALD ED ANDREWS, an Individual; THE ESTATE OF RICH ROMER, Deceased, by PRISCILLA ROMER BARATA, as Personal Representative, Individually and as Heir; JO BARBER, an Individual; THE ESTATE OF KIM BUSH, Deceased, by SPENCER BUSH, as Personal Representative, Individually and as Heir; ELIZA CHAVEZ, an Individual; IRENE CIAURI, an Individual; LESLIE DAVIS, an Individual; THE ESTATE OF DAVID EDWARDS, Deceased, by CAROL EDWARDS, as Personal Representative, Individually and as Heir; et. al., <br><br> Plaintiff, <br><br> v. <br><br> UNION PACIFIC RAILROAD COMPANY, A foreign corporation; MONSANTO CO., SOLUTIA, INC., PHARMACIA LLC; CALNEV PIPE LINE, LLC, KINDER MORGAN PIPELINE, LLC, KINDER MORGAN ENERGY PARTNERS, L.P., KINDER MORGAN, INC.; CITY OF LAS VEGAS DOWNTOWN REDEVELOPMENT AGENCY; DOE DEFENDANTS, 1 through 10 inclusive, and ROE CORPORATIONS, I through X, inclusive, <br><br> Defendants. | 2:21-cv-01818-APG-VCF <br><br> **ORDER** |

Before the court is *Melinda Adkins, et al. v. Union Pacific Railroad Company, et al.*, case number 2:21-cv-01818-APG-VCF.   On November 29, 2021, the court granted the parties' request to extend the time for filing the discovery plan and scheduling order to be due 30 days after a ruling on the plaintiff's motion to remand (ECF NO. 77).  (ECF NO. 97).  The motion to remand is still pending.

Accordingly,

IT IS HEREBY ORDERED that a video status hearing is scheduled for **2:00 PM, April 8, 2022**.

IT IS FURTHER ORDERED that counsel/the parties must email Courtroom Administrator,

Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing by noon, April 7, 2022.

IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

INSTRUCTIONS FOR THE VIDEO CONFERENCE

Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing to the participants email provided to the Court.

- Log on to the call ten (10) minutes prior to the hearing time.
- Mute your sound prior to entering the hearing.
- Do not talk over one another.
- State your name prior to speaking for the record.
- Do not have others in the video screen or moving in the background.
- No recording of the hearing.
- No forwarding of any video conference invitations.
- Unauthorized users on the video conference will be removed.

For anyone who is not a party to the action, the call-in telephone number is (888) 273-3658, access code: 3912597, and the phone must be on mute. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. Recording of the proceedings is prohibited.

DATED this 31st day of March 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE