# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MELINDA ADKINS, et al.,<br><br>    Plaintiffs<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY, et al.,<br><br>    Defendants | Case No.: 2:21-cv-01818-APG-VCF<br><br>**Order** |

Defendant Monsanto Company filed five appendices to its petition for removal but did not include an index as required by Local Rule IA 10-3(d). ECF Nos. 2-6.

I THEREFORE ORDER defendant Monsanto Company to file an index of the exhibits by Friday, April 29, 2022.

DATED this 22nd day of April, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE