## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

MELINDA ADKINS, et al.,

    Plaintiffs

v.

UNION PACIFIC RAILROAD, et al.,

    Defendants

Case No.: 2:21-cv-01818-APG-VCF

**Order Reopening Case and Directing Parties to File a Status Report**

The Ninth Circuit reversed my decision to remand this case to state court and remanded the case to me. ECF No. 117.  The mandate has issued. ECF No. 118.

I THEREFORE ORDER the clerk of court to reopen this case and to randomly assign a new magistrate judge, as Magistrate Judge Ferenbach has since retired.

I FURTHER ORDER that by March 30, 2026, the parties to meet and confer and to file a joint status report regarding how the case should proceed.

DATED this 23rd day of February, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE