**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

MELINDA ADKINS, an Individual; et al.,           )       Case #2:21-cv-01818-MMD-EJY
                                                 )
                                                 )       ORDER GRANTING
                                                 )       **VERIFIED PETITION FOR**
            Plaintiff(s),                        )       **PERMISSION TO PRACTICE**
                                                 )       **IN THIS CASE ONLY BY**
       vs.                                       )       **ATTORNEY NOT ADMITTED**
UNION PACIFIC RAILROAD                           )       **TO THE BAR OF THIS COURT**
COMPANY, a foreign corporation; et al.,          )       **AND DESIGNATION OF**
                                                 )       **LOCAL COUNSEL**
                                                 )
            Defendant(s).                        )
                                                 )       FILING FEE IS $250.00

_____James L. Messenger_____, Petitioner, respectfully represents to the Court:
                 (name of petitioner)

       1.      That Petitioner is an attorney at law and a member of the law firm of

_____Gordon Rees Scully Mansukhani, LLP_____
                                    (firm name)

with offices at _____28 State Street, Suite 1050_____,
                                    (street address)

_____Boston_____, _____Massachusetts_____ ▼, _____02109_____,
        (city)                      (state)                      (zip code)

_____(857) 263-2000_____, _____jmessenger@grsm.com_____.
  (area code + telephone number)            (Email address)

       2.      That Petitioner has been retained personally or as a member of the law firm by

CalNev Pipe Line LLC; Kinder Morgan Pipeline, LLC; Kinder
Morgan Energy Partners, L.P.; and Kinder Morgan, Inc._____ to provide legal representation in connection with
                [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.   That since _____Dec. 18, 1985_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of  Massachusetts  ▾
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4.   That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
| --- | --- | --- |
| D. Mass | 6/20/1986 | 547236 |
| E.D. Texas | 10/30/2023 | MA547236 |
| S.D. Texas | 10/31/2023 | MA547236 |
| E.D. Michigan | 8/29/2023 | MA547236 |
| D. Colorado | 10/22/2002 | MA547236 |
| 1st Cir. Court of Appeals | 9/6/1995 | 36613 |
| 2nd Cir. Court of Appeals | 7/10/2023 | MA547236 |

5.   That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> None.

7.      That Petitioner is a member of good standing in the following Bar Associations.

> Massachusetts.

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | Denied |
| | | | Denied |
| | | | Denied |
| | | | Denied |
| | | | Denied |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.      Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.      Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF Massachusetts    )
                          )
COUNTY OF    Suffolk      )

____James L. Messenger____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__7th__ day of __April__, __2026__.

_____
Notary Public or Clerk of Court

Klara B. Martone
NOTARY PUBLIC
Commonwealth of
Massachusetts
My Commission Expires
September 24, 2032

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Philip Lo, Esq._____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____300 S. 4th Street, Suite 1550_____,
(street address)

____Las Vegas____, ____Nevada____, ____89101____,
(city)            (state)            (zip code)

____(949) 255-6987____, ____plo@grsm.com____.
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Philip Lo, Esq. _____ as
(name of local counsel)

his/her/their Designated Resident Nevada Counsel in this case.

_____ , asst. gen counsel    _____ , asst. gen. counsel
(party's signature)    (party's signature)

CalNev Pipe Line, LLC    Kinder Morgan Energy Partners, L.P.
(type or print party name, title)    (type or print party name, title)

_____ , asst. gen counsel    _____ , asst. gen. counsel
(party's signature)    (party's signature)

Kinder Morgan Pipeline, LLC    Kinder Morgan, Inc.
(type or print party name, title)    (type or print party name, title)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

12253    plo@grsm.com
Bar number    Email address

APPROVED:

Dated: this 10th day of April, 2026. ____ ___

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# ADDENDUM to 4.

4.      The Petitioner was admitted to practice before the following additional United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States, and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| 3rd Cir. Court of Appeals | 9/29/1997 | MA547236 |
| U.S. Supreme Court | 3/15/2024 | MA547236 |

# ADDENDUM to 4.

4.      The Petitioner was admitted to practice before the following additional United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States, and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| 3rd Cir. Court of Appeals | 9/29/1997 | MA547236 |
| U.S. Supreme Court | 3/15/2024 | MA547236 |

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **December 18, 1985**, said Court being the highest Court of Record in said Commonwealth:

## James L. Messenger

being found duly qualified in that behalf, and having taken and subscribed

the oaths required by law, was admitted to practice as an Attorney, and, by virtue

thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth:

that said Attorney is at present a member of the Bar, and is in good standing

according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the

seal of said Court, this **thirteenth** day of **February**

in the year of our Lord **two thousand and twenty-six.**

ALLISON S. CARTWRIGHT, CLERK

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for Suffolk County

**Gordon Rees Scully Mansukhani, LLP**
**300 S. 4th Street, Suite 1550**
**Las Vegas, NV 89101**

**CERTIFICATE OF SERVICE**

I, HEREBY CERTIFY that a true and correct of copy of the above and foregoing document: **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOTADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** was electronically filed with the U.S. District Court on April 9, 2026.  Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court CM/EMF System:

I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on April 9, 2026, at Irvine, California.

Melanie Eyler

-3-