**ORDR**
Lindsay A. Dibler, Esq.
Nevada Bar No. 4968
**THE LAW OFFICE OF**
**LINDSAY A. DIBLER, LLC**
10211 Thornwood Dr.
St. Louis, MO 63124
Telephone: (618) 406-8728
Lindsaydibler@gmail.com
*Co-Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MELINDA ADKINS, an Individual; GERALD ED ANDREWS, an Individual; THE ESTATE OF RICH ROMER, Deceased, by PRISCILLA ROMER BARATA, as Personal Representative, Individually and as Heir; JO BARBER, an Individual; THE ESTATE OF KIM BUSH, Deceased, by SPENCER BUSH, as Personal Representative, Individually and as Heir; ELIZA CHAVEZ, an Individual; IRENE CIAURI, an Individual; LESLIE DAVIS, an Individual; THE ESTATE OF DAVID EDWARDS, Deceased, by CAROL EDWARDS, as Personal Representative, Individually and as Heir; et. al., <br><br> Plaintiffs, <br><br> UNION PACIFIC RAILROAD COMPANY, A foreign corporation; MONSANTO CO., SOLUTIA, INC., PHARMACIA LLC; CALNEV PIPE LINE, LLC, KINDER MORGAN PIPELINE, LLC, KINDER MORGAN ENERGY PARTNERS, L.P., KINDER MORGAN, INC.; CITY OF LAS VEGAS DOWNTOWN REDEVELOPMENT AGENCY; DOE DEFENDANTS, 1 through 10 inclusive, and ROE CORPORATIONS, I through X, inclusive, <br><br> Defendants. | Case No.: 2:21-cv-01818-MMD-EJY <br><br> **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |

The Court having reviewed and considered the Motion to Withdraw as Counsel for Plaintiffs in this matter, filed by Lindsay A. Dibler, Esq. of the law firm The Law Office of Lindsay A. Dibler, Esq. LLC, the memorandum of points and Authorities thereto and any affidavits in support thereof, the papers and pleadings already on file herein, and any oral argument permitted at the hearing of this matter, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Motion to Withdraw as Attorney (ECF No. 136) is GRANTED.

IT IS FURTHER ORDERED that attorney Lindsay A. Dibler and the law firm of The Law Office of Lindsay A. Dibler Esq. LLC shall be allowed to withdraw as attorneys of record and that all further pleadings, motions, notices and correspondence in this matter be continued to be provided to Plaintiffs counsel Craig A. Mueller at Mueller & Associates, Inc.

IT IS SO ORDERED this 30th day of April, 2026.

_____
U.S. MAGISTRATE JUDGE

Prepared and submitted by:

**THE LAW OFFICE OF**
**LINDSAY A. DIBLER, ESQ. LLC**

_____/s/ Lindsay A. Dibler_____
**LINDSAY A. DIBLER, ESQ.**
Nevada Bar No. 4968
10211 Thornwood Dr.
St. Louis, MO  63124
Co-Counsel *for Plaintiffs*