**CRAIG A. MUELLER, ESQ.**
Nevada Bar No. 4703
**MUELLER & ASSOCIATES, INC.**
808 South Seventh Street
Las Vegas, NV 89101
P: (702) 382-1200
electronicservice@craigmuellerlaw.com
*Attorneys for Plaintiffs*

MUELLER & ASSOCIATES, INC.
723 S. 7th Street, Las Vegas, Nevada 89101
Telephone: (702) 382-1200 Facsimile: (702) 637-4817

**UNTIED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MELINDA ADKINS, et al.,<br><br>Plaintiffs,<br><br>UNION PACIFIC RAILROAD COMPANY, A foreign corporation, et al.,<br><br>Defendants. | Case No.: 2:21-cv-01818-MMD-EJY<br><br>**JOINT STIPULATION AND ORDER RE EXTENSION OF RESPONSIVE DEADLINE FOR UNIFORM DISCOVERY REQUESTS AND DATE FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT (IF LEAVE IS GRANTED)** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, IT IS HEREBY STIPULATED by and between Plaintiffs Melinda Adkins, et al. (collectively "Plaintiffs"), and Defendants Monsanto Company, Pharmacia LLC and Solutia Inc., CalNev Pipe Line, LLC, Kinder Morgan Pipeline, LLC, Kinder Morgan Energy Partners, L.P., Kinder Morgan, Inc., Union Pacific Railroad Company, and City of Las Vegas Downtown Redevelopment Agency (collectively "Defendants") to extend the date by which Plaintiffs are required to respond to the initial uniform discovery requests ("UDRs") and to set the date by which Defendants are required to respond to the Second Amended Complaint if Plaintiffs' Motion to Amend is granted.

**Discovery and Briefing Completed to Date**

MUELLER & ASSOCIATES, INC.
723 S. 7th Street, Las Vegas, Nevada 89101
Telephone: (702) 382-1200 Facsimile: (702) 637-4817

1. Pursuant to the Court's March 31, 2026, Order, on April 7, 2026, by 12:00 p.m. P.D.T., the parties mutually exchanged their respective lists of the UDRs to be propounded on each Plaintiff.

2. On April 23, 2026, the parties submitted the Court-ordered Joint Status Report where the parties agreed that the UDRs will be considered served as to all Plaintiffs on April 27, 2026, with their responses to these eleven requests due no later than July 27, 2026.

3. Plaintiffs have been working diligently to communicate with each respective plaintiff in order to timely respond to the UDRs by July 27, 2026. However, despite repeated attempts to communicate with plaintiffs via email and phone, Plaintiffs have only been unable to communicate and receive responses to the UDRs from approximately half of the plaintiffs.

4. On July 13, 2026, Plaintiffs' counsel emailed Defense counsel advising of this diligence but otherwise limited progress and requesting an additional 30 days to provide responses to the UDRs, up to and including August 26, 2026.

5. The parties conducted a Zoom conference call on Friday, July 17, 2026, at which time counsel discussed the difficulty Plaintiffs were experiencing vis-à-vis responding to the UDRs and Defense counsel stated they were generally inclined to grant a continuance of 30 days, up to and including August 26, 2026, to respond to the UDRs, but inquired as to Plaintiffs' agreement to provide to Defendants the medical records and HIPAA authorizations already in Plaintiffs' counsel's possession.

6. That agreement had to be confirmed with Plaintiffs' prior associate counsel and on July 21, Plaintiffs' counsel emailed Defense counsel that, indeed, "plaintiffs [had] agreed to provide to defendants (1) HIPAA authorizations and (2) a list of plaintiffs and their respective medical providers…with the understanding that defendants will provide plaintiffs with a duplicate of any

medical records received as a result of providing these items", and again inquiring whether Defendants would agree to the requested extension to respond to the UDRs.

7. On July 23, 2026, Defense counsel confirmed the terms of the agreement as represented in Plaintiffs' counsel's July 21 email, agreeing that Plaintiffs would provide HIPAA authorizations and the list of Plaintiffs' respective medical providers consistent with UDR No. 11a and c, and medical records presently in Plaintiffs' counsel's possession by July 27, 2026.

Defendants also agreed to extend the date by which Plaintiffs may respond to the UDRs to August 26, 2026

8. It was further agreed that, in the event the Court grants Plaintiffs' Motion for Leave to File Second Amended Complaint, Defendants shall have twenty-eight (28) days after the August 26th UDR response deadline or the date the Second Amended Complaint is filed, whichever is later, to respond.

**Good Cause to Set Remaining Deadlines Proposed in the Joint Status Report**

Good cause exists to extend the deadline for Plaintiffs to respond to the UDRs as outlined herein as Plaintiffs have been diligently attempting to secure responsive information from all plaintiffs but despite repeated emails and phone calls, have only been able to secure responsive information from approximately half of plaintiffs and need additional time to secure responsive information from the remaining plaintiffs. Moreover, the parties have acted diligently and cooperatively in meeting the Court's prior deadlines, including exchanging the UDRs, participating in a meet-and-confer conferences regarding the requested extension, and reaching an agreement that Plaintiffs shall provide HIPAA authorizations, the list of Plaintiffs' respective medical providers consistent with UDR No. 11a and c, and medical records presently in Plaintiffs' counsel's possession by July 27, 2026, and shall have until August 26, 2026, to respond to the UDRs on behalf of the remaining Plaintiffs.



MUELLER & ASSOCIATES, INC.
723 S. 7th Street, Las Vegas, Nevada 89101
Telephone: (702) 382-1200 Facsimile: (702) 637-4817

This stipulation is made in good faith and not for purposes of delay.

DATED: July 30, 2026.

**EVANS FEARS SCHUTTERT MCNULTY MICKUS**

*/s/ Chad A. Fears*
Kelly A. Evans, Esq. (SBN 7691)
Chad R. Fears, Esq. (SBN 6970)
Jay J. Schuttert, Esq. (SBN 8656)
Brennen D Marshall, Esq. (SBN 16578)
6720 Via Austi Parkway, Suite 300
Las Vegas, Nevada 89119

*Attorneys for Defendants Monsanto Company, Pharmacia LLC and Solutia Inc.*

**CITY OF LAS VEGAS**

*/s/ Timothy J. Geswein, Esq.*
Jeffry M. Dorocak (SBN 13109)
City Attorney
Timothy J. Geswein (SBN 10049
Deputy City Attorney
495 South Main Street, Sixth Floor
Las Vegas, Nevada 89101
Telephone: (702) 229-6629
Facsimile: (702) 386-1749

*Attorneys for Defendant City of Las Vegas Downtown Redevelopment Agency*

**MUELLER & ASSOCIATES, INC.**

*/s/ Craig A. Mueller*
Craig A. Mueller (SBN 4703)

808 S. Seventh St.
Las Vegas Nevada 89101
P: (702) 382-1200
*Attorneys for Plaintiffs*

**KING SCOW KOCH DURHAM LLC**

*/s/ Philip H. Lo, Esq.*
David R. Koch, Esq. (SBN 8830)
11500 South Eastern Avenue, Suite 210
Henderson, NV 89052

James L. Messenger, Esq. (Pro Hac Vice)

**GORDON REES SCULLY MANSUKHANI, LLP**
28 State Street, Suite 150
Boston, MA 02109

Philip H. Lo, Esq.
**GORDON REES SCULLY MANSUKHANI, LLP**
300 South 4TH Street, Suite 1550
Las Vegas, NV 89101

*Attorneys for Defendants CalNev Pipe Line, LLC, Kinder Morgan Pipeline, LLC, Kinder Morgan Energy Partners, L.P., and Kinder Morgan, Inc.*

**GREENBERG TRAURIG, LLP**

*/s/ Kara B. Hendricks, Esq.*
Kara B. Hendricks (SBN 7743)
Alayne M. Opie (SBN 12623)
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

*Attorneys for Defendant Union Pacific Railroad*

MUELLER & ASSOCIATES, INC.
723 S. 7th Street, Las Vegas, Nevada 89101
Telephone: (702) 382-1200 Facsimile: (702) 637-4817

*MELINDA ADKINS et al., v. UNION PACIFIC RAILROAD COMPANY et al.*
*Case No. 2:21-cv-01818-MMD-EJY*

**ORDER**

Upon Stipulation by counsel for the parties and good cause appearing therefore, IT IS HEREBY ORDERED that ECF No. [146] is GRANTED as follows:

1. That Plaintiffs shall provide to Defendants by July 27, 2026, HIPAA Authorizations and a list of plaintiffs and their respective medical providers consistent with UDR No. 11a and c, to the extent such information has been received by that date, as well as medical records presently in Plaintiffs' counsel's possession, and defendants in turn agree to provide Plaintiffs with a duplicate of all medical records received as a result of receiving the Authorizations and provider names;

2. That Plaintiffs shall have up to and including August 26, 2026 to respond to the UDR; and

3. That, in the event the Court grants Plaintiffs' Motion for Leave to File Second Amended Complaint, Defendants shall have twenty-eight (28) days after the August 26th UDR response deadline or the date the Second Amended Complaint is filed, whichever is later, to respond to the Second Amended Complaint.

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: July 30, 2026

MUELLER & ASSOCIATES, INC.
723 S. 7th Street, Las Vegas, Nevada 89101
Telephone: (702) 382-1200 Facsimile: (702) 637-4817