UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

MELINDA ADKINS, *et al.*,

Plaintiffs,

v.

UNION PACIFIC RAILROAD COMPANY, *et al.*,

Defendants.

Case No. 2:21-cv-001818-MMD-CSD

ORDER

Defendant Union Pacific Railroad Company filed a suggestion of death on the record for the following Plaintiffs: Roseanna Ardonlino, Jo Barber, Victoria Gonzalez, Thomas Kendrick, Karen Paone, Joseph Said, Karen Sanchez, Robert Spencer, and Bruce Torrey. (ECF No. 156 at 2 ("Notice").)

Under Federal Rule of Civil Procedure 25(a)(1), "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." Fed. R. Civ. P. 25(a)(1). As such, if there is no motion for substitution within 90 days of the date of this order, the Court will dismiss the above-named Plaintiffs' claims.

///

///

///

///

///

///

It is therefore ordered that the Court will dismiss the claims asserted by the above-named Plaintiffs in 90 days if there is no motion to substitute filed under Federal Rule of Civil Procedure 25(a)(1).

DATED THIS 8th Day of October 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE