Kelly A. Evans, Esq. (SBN 7691)
Chad R. Fears, Esq. (SBN 6970)
Jay J. Schuttert, Esq. (SBN 8656)
**EVANS FEARS SCHUTTERT MCNULTY MICKUS**
6720 Via Austi Parkway, Suite 300
Las Vegas, Nevada 89119
Telephone: 702-805-0290
Facsimile: 702-805-0291
kevans@efsmmlaw.com
cfears@efsmmlaw.com
jschuttert@efsmmlaw.com

*Attorneys for Defendants Monsanto Company, Pharmacia LLC and Solutia Inc.*
*(Additional attorneys on signature page)*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MELINDA ADKINS, an Individual; GERALD ED ANDREWS, an Individual; THE ESTATE OF RICH ROMER, Deceased, by PRISCILLA ROMER BARATA, as Personal Representative, Individually and as Heir; JO BARBER, an Individual; THE ESTATE OF KIM BUSH, Deceased, by SPENCER BUSH, as Personal Representative, Individually and as Heir; ELIZA CHAVEZ, an Individual; IRENE CIAURI, an Individual; LESLIE DAVIS, an Individual; THE ESTATE OF DAVID EDWARDS, Deceased, by CAROL EDWARDS, as Personal Representative, Individually and as Heir; THE ESTATE OF JANET GOGO, Deceased, by KRISTINA GOGO, as Personal Representative, Individually and as Heir; JERRY HUGHES, an Individual; THE ESTATE OF MARIE LEGGIO, Deceased, by her Husband and Heir, JOHN LEGGIO; THE ESTATE OF SHARON ODEN, Deceased, by MICHAEL ODEN, as Personal Representative, Individually and as Heir; KAREN PAONE, an Individual; THE ESTATE OF PATRICIA PORTER, Deceased, as Personal Representative, Individually and as Heir, CAROL CORBETT; KATHLEEN STAITE, an Individual; and VALERIE STEWART, an Individual, MELISSA DAVIES, an Individual; DAVID EFROS, an Individual; ERIC ESCHMAN, an Individual; | **CASE NO.: 2:21-cv-01818-MMD-EJY**<br><br>**JOINT STIPULATION AND ORDER AS TO DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFFS' COMPLAINT** |

WENDY FENNER, an Individual; MORGAN FENNER, an Individual; RACHEL FENNER, an Individual by and through her legal Guardian and Mother, WENDY FENNER; MAGDALEN FOK, an Individual; JOSEPH GLICK, an Individual; SONIA GRIVE, an Individual; TARGA JEFFERSON, an Individual: THE ESTATE OF ANDRE KELLEY, Deceased, by ZENETA KELLEY, as Personal Representative, Individually and as Heir; MARKETTA KELLY, an Individual. KATHLEEN KINGSTON, an Individual; SPENCER KIRKSEY, an Individual; BOB MATHEWS, an Individual; AUDREY MITCHELL, an Individual; EILEEN MULHERN, an Individual; IRENE NAVIS, an Individual; ADRIENNE PATTERSON, an Individual; NICHOLAS ROMANO, an Individual; BRIDGET RUSSO, an Individual; JOSEPH SAIN, an Individual; DENISE SASSER; an Individual; BRUCE TORREY, an Individual; JAMIE YEPSON, an Individual; THE ESTATE OF JOHN KOSWAN, Deceased, by DEBRA PAPPRICH-ADAMSON, as Personal Representative, Individually and As Heir, SHURNICE COLEMAN, an Individual, EARNEST JOHNSON, an Individual; DONNA JOLLY, an Individual; CARLA GALLEGOS-STEPHENS, an Individual; SIERRA STEPHENS, an Individual by and through her legal Guardian and Mother, CARLA GALLEGOS- STEPHENS; ANDREA POWE-WILLIAMS, an Individual; CARIN OWENS, an Individual; ALBERTA WILLIAMS, an Individual; ROBERTA SWOOPES, an Individual, ROYAL ALEXANDER, an Individual, SHOLEH AMIRMOKRI, an Individual, ROSEANNA ARDOLINO, an Individual: THE ESTATE OF ANN ASBERGER, Deceased, by NICOLE BREEDEN, individually as heir to ANN ASBERGER, deceased; CATHERINE ASBERGER, individually as heir to ANN ASBERGER, deceased; CHRISTOPHER ASBERGER, individually as heir to ANN ASBERGER, deceased; CARLY BRESCIA, individually as heir to ANN ASBERGER, deceased and in her capacity as Special Administrator of the ESTATE OF ANN ASBERGER; EUGENE ASTARITA, an Individual; CHRISTINA ASTARITA, an

Individual; LENORA AVELLA, an Individual; AMAYA BERISTAIN, an Individual; THE ESTATE OF BARBARA BLOYER, Deceased, by ELIZABETH BLOYER-FREEMAN, as Personal Representative, Individually and As Heir; ANTOINETTE WAILANI CARY, an Individual; GINA CINQUEGRANI, an Individual; DAPHNE CLARK, an Individual; REGINA CRUDEN, an Individual; CHERYL DAILY, an Individual; MELISA DAVIES, an Individual; LESLIE DAVIS, an Individual; TONI LEANNE DAVIS, an Individual; WANDA DURNEN, an Individual; CHERI EDELMAN, an Individual; NORMA ESPINOSA, an Individual; CLAUDIA EWING, an Individual; CRAIG FALKNER, an Individual; KIMBERLY FLOWERS, an Individual; DAWN FOREN, an Individual; THE ESTATE OF ALEXANDER FORTUNATO, Deceased, by SHERY SHIVELY, as Personal Representative, Individually and As Heir; SANDRA FOSTER, an Individual; JOANNE FRANK, an Individual; KATHERINE GALLAGHER, an Individual; VICTORIA GONZALES, an Individual by and through her legal appointed Guardian STEPHANEI BARKFELT; RICHARD GRAY, an Individual; JENNIFER HANNA, an Individual; TAMMY JO HANSEN, an Individual; GRETTA HAYWOOD, an Individual; DANIEL HIGGINS, an Individual; NICOLE HOFFMAN, an Individual; JACQUELINE HOLLOWAY, an Individual; PATRICIA HOOD, an Individual; MARY HUGHES-APPEL, an Individual; DENISE HUMPHREY, an Individual; TOMMY JOHNSON, an Individual; KATHY JOINES, an Individual; THOMAS KENDRICK, an Individual; IRIS KIKUCHI, an Individual; IRENE KING, an Individual; JACQUELINE KINSEY, an Individual; SEJLA KOPCIC, an Individual; THE ESTATE OF VICTOR LARGESSE, Deceased, by MAILE BECKWITH, as Personal Representative, Individually and as Heir; CONNIE ANN LEE, an Individual; ADELLA LOGAN, an Individual; JILL MACFARLANE, an Individual; ANN MAGLIERE, an Individual; MARIANN MATZ, an Individual; THE ESTATE OF ANNE McCALL, Deceased, by HANNA RAILEY, as Personal Representative, Individually and as Heir; GRETTA McCALL, individually as heir to ANNE

McCALL, Deceased; THE ESTATE OF ZANE MOSER, Deceased, by PATRICIA MOSER, as Personal Representative and As Heir; PATRICIA MOSER, an Individual; THE ESTATE OF TERRY MUNN, Deceased, by TOMMIE MUNN, as Personal Representative and As Heir; TOMMIE MUNN, an Individual; THOMAS NAFTAL, an Individual; SILVIA NORIEGA-BINYONS, an Individual; CARIN OWENS, an Individual; THOMAS PICKRELL, an Individual; LESLEE PIERCE, an Individual; DAVID PIERCE, an Individual; NORMA PORTER, an Individual; SYDNEY RABIN, an Individual; SHERYL ROMINES, an Individual; EVELYN ROSS, an Individual; KAREN SANCHEZ, an Individual; THE ESTATE OF KAREN SARAE, Deceased, by TONI-ANTOINETTE STEPHENS, as Personal Representative, Individually and As Heir; KAREN SHELTON, an Individual; CHARLENE SHEPARD, an Individual; EDWARD SIMMS, an Individual; MAGIC SIXX, an Individual; ANNA SLESINSKI, an Individual; LISA SNIPES, an Individual; NORMA SNYDER, an Individual; ROBERT SPENCER, an Individual; ROCKY STEELE, an Individual; THE ESTATE OF STUART STILLING, Deceased, by JANELL ROSENBURG, as Personal Representative, Individually and As Heir; GWYN TAYLOR, an Individual; ANTHONY TINNIN, an Individual; STEPHEN TOMS, an Individual; PAMELA TOWERS, an Individual; THE ESTATE OF JEFFREY TRULL, Deceased, by JENNIFER TRULL-SPAULDING, as Personal Representative, Individually and As Heir, MICHELLE VANHORN, an Individual; CAROLE VILL'NEUVE, an Individual; KATHY VORNBERG, an Individual; THE ESTATE OF DANIELLE WALLISER, Deceased, by STEPHEN WALLISER, as Personal Representative, Individually and As Heir; ZELLA WATSON, an Individual; SUSIE WESLEY, an Individual; DIANE WILLIAMS, an Individual; SHARON WITT, an Individual; KATINA WOODWARD, an Individual; ELIZABETH ZYLKA, an Individual;,

Plaintiffs,

v.

UNION PACIFIC RAILROAD COMPANY, A foreign corporation; MONSANTO CO.; SOLUTIA, INC.; PHARMACIA LLC; CALNEV PIPE LINE, LLC; KINDER MORGAN PIPELINE, LLC; KINDER MORGAN ENERGY PARTNERS, L.P.; KINDER MORGAN, INC.; CITY OF LAS VEGAS DOWNTOWN REDEVELOPMENT AGENCY; DOE DEFENDANTS, 1 through 10 inclusive, and ROE CORPORATIONS, I through X, inclusive,

Defendants.

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-2, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendants, by and through their respective undersigned counsel of record, that:

1. On October 2, 2026, the Court entered an Order allowing Plaintiffs' Motion for Leave to File Second Amended Complaint (ECF No. 154), and on October 5, 2026, Plaintiffs' Second Amended Complaint was entered on the Court's docket (ECF No. 155).
2. The Defendants' current deadline to file an answer, motion or other response to the Second Amended Complaint is November 2, 2026.
3. On October 7, 2026, Defendant Union Pacific Railroad Company ("UPRR") filed a Suggestion of Death, listing Nine (9) Plaintiffs after being notified of such deaths by Plaintiffs' Counsel.
4. On October 8, 2026, the Court issued an Order that it will dismiss the claims asserted by the Plaintiffs identified in Defendant UPRR Suggestion of Death in 90 days if there is no motion to substitute filed under Federal Rule of Civil Procedure 25(a)(1).
5. Plaintiffs' counsel anticipates filing a Third Amended Complaint, or other document(s) amending to the Second Amended Complaint, for the purpose of correcting, susbstituting or removing certain individual Plaintiffs who are identified in the Second Amended Complaint.

6. The Defendants' deadline to file an answer, motion or other response to the Second Amended Complaint shall be stayed pending Plaintiffs' filing of a Third Amended Complaint, or other document(s) to amend to the Second Amended Complaint. Upon Plaintiffs' filing of a Third Amended Complaint, or other document(s) to amend to the Second Amended Complaint, Defendants shall have thirty days to file an answer, motion or other response.

DATED: October 30, 2026.

**EVANS FEARS SCHUTTERT MCNULTY MICKUS**

*/s/ Chad Fears*
Kelly A. Evans, Esq. (SBN 7691)
Chad R. Fears, Esq. (SBN 6970)
Jay J. Schuttert, Esq. (SBN 8656)

*Attorneys for Defendants Monsanto Company, Solutia Inc., and Pharmacia LLC*

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Benjamin O'Grady*
Benjamin O'Grady (admitted pro hac vice)
James L. Messenger (admitted pro hac vice)
Philip H. Lo, Esq. (SBN 12253)

**KOCH & SCOW, LLC**
David R. Koch, Esq. (SBN 8830)

*Attorneys for Defendants CalNev Pipe Line, LLC, Kinder Morgan Pipeline, LLC, Kinder Morgan Energy Partners, L.P., and Kinder Morgan, Inc.*

**GREENBERG TRAURIG, LLP**

*/s/ Alayne Opie*
Kara B. Hendricks, Esq. (SBN 7743)
Alayne M. Opie, Esq. (SBN 12623)

*Attorneys for Defendant Union Pacific Railroad Company*

**DEPUTY CITY ATTORNEY**

*/s/ Timothy Geswein*
Timothy J. Geswein, Esq (SBN 10049)

*Attorneys for Defendant City of Las Vegas Downtwon Redevelopment Agency*

**ORDER**

IT IS SO ORDERED this 30th day of October, 2026.

Elayna J. Youchah

UNITED STATES MAGISTRATEJUDGE