Kelly A. Evans, Esq. (SBN 7691)
Chad R. Fears, Esq. (SBN 6970)
Jay J. Schuttert, Esq. (SBN 8656)
Brennen D Marshall, Esq. (SBN 16578)
**EVANS FEARS SCHUTTERT MCNULTY MICKUS**
6720 Via Austi Parkway, Suite 300
Las Vegas, Nevada 89119
Telephone: 702-805-0290
Facsimile: 702-805-0291
kevans@efsmmlaw.com
cfears@efsmmlaw.com
jschuttert@efsmmlaw.com

*Attorneys for Defendants Monsanto Company, Pharmacia LLC and Solutia Inc.*
*(Additional attorneys on signature page)*

**UNITED STATES DISTRICT COURT**

**FOR THE STATE OF NEVADA**

| | |
|---|---|
| MELINDA ADKINS, an Individual; et al.,<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a foreign corporation; et al.,<br><br>Defendants. | **Case No. 2:21-cv-01818-MMD-EJY**<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME TO SUBMIT A JOINT PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER OR SINGLE STATUS REPORT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-2, Plaintiffs Melinda Adkins, et al. (collectively “Plaintiffs”), and Defendants Monsanto Company, Pharmacia LLC, and Solutia Inc. (“Pharmacia”); CalNev Pipe Line, LLC, Kinder Morgan Pipeline, LLC, Kinder Morgan Energy Partners, L.P., and Kinder Morgan, Inc. (“Kinder Morgan”); Union Pacific Railroad Company (“UPRR”); and City of Las Vegas Downtown Redevelopment Agency (“CLVDRA”) (collectively “Defendants”), through their respective undersigned counsel of record, stipulate and agree to extend the deadline to submit a joint proposed discovery plan and scheduling order or single status report by seven (7) days, from November 2, 2026, to November 9, 2026. This is the parties’ first request.

1. The Court's October 2, 2026 Order required the parties to meet and confer regarding a discovery plan and scheduling order by October 16, 2026, and to submit the plan or a single status report by November 2, 2026.

2. The parties initially scheduled a videoconference for October 15, 2026, to discuss a discovery plan and scheduling order, then rescheduled it for October 16, 2026. They held a second videoconference on October 27, 2026. At both conferences, the parties discussed the proposed plan and order and the adequacy of Plaintiffs' responses to the Uniform Discovery Requests ("UDRs"), as detailed below.

3. On July 30, 2026, the Court approved the parties' stipulation and order extending, among other things, Plaintiffs' deadline to respond to the UDRs from July 27, 2026, to August 26, 2026. [ECF No. 147.] The parties requested the extension because Plaintiffs' counsel, though "working diligently to communicate with each respective plaintiff," had been unable to "receive responses to the UDRs from approximately half of the plaintiffs," "despite repeated attempts to communicate with plaintiffs via email and phone." [*Id.*]

4. On August 26, 2026, Plaintiffs filed a Certificate of Service for their Responses to Defendants' Initial Uniform Discovery Requests and Privilege Log, identifying 101 Plaintiffs who had served responses. [ECF No. 148.] Plaintiffs filed additional Certificates of Service on September 22, 2026, identifying one more Plaintiff who had served UDR responses, and on October 16, 2026, identifying seven more Plaintiffs who had served UDR responses. [ECF Nos. 153, 158.]

5. On September 29, 2026, before the Court's October 2, 2026 Order, UPRR's counsel sent a letter requesting a meet-and-confer conference stating that  many Plaintiffs had not provided UDR responses, executed HIPAA releases, verified UDR responses, and/or lists of medical providers.  Plaintiffs counsel responded to this letter on September 30 and the parties first met and conferred regarding the September 29 letter on October 6, 2026.

6. On October 7, 2026, Pharmacia's counsel sent a meet-and-confer letter identifying deficiencies with specific responses identified by Plaintiff and request number.

7. At the October 16 and October 27, 2026 discovery-planning conferences, the parties continued to discuss the deficiencies identified in both the September 29, 2026 and October 7, 2026 letters and their effect on the discovery plan and scheduling order.

8. Plaintiffs and Defendants have exchanged drafts of the Court-ordered submission but need an additional seven (7) days to finalize it.

9. The parties submit this Joint Stipulation and Order in good faith, not to delay the proceedings.

**IT IS SO STIPULATED**

**DATED: November 2, 2026.**

**EVANS FEARS SCHUTTERT MCNULTY MICKUS**

*/s/ Chad R. Fears*
Kelly A. Evans, Esq. (SBN 7691)
Chad R. Fears, Esq. (SBN 6970)
Jay J. Schuttert, Esq. (SBN 8656)
Brennen D Marshall, Esq. (SBN 16578)
6720 Via Austi Parkway, Suite 300
Las Vegas, Nevada 89119

*Attorneys for Defendants Monsanto Company, Pharmacia LLC and Solutia Inc.*

**CITY OF LAS VEGAS**

*/s/ Timothy J. Geswein*
Jeffry M. Dorocak (SBN 13109)
City Attorney
Timothy J. Geswein (SBN 10049
Deputy City Attorney
495 South Main Street, Sixth Floor

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Benjamin O'Grady*
James L. Messenger, Esq. (Pro Hac Vice)
28 State Street, Suite 150
Boston, MA 02109

Philip H. Lo, Esq.
300 South 4TH Street, Suite 1550
Las Vegas, NV 89101

*Attorneys for Defendants CalNev Pipe Line, LLC, Kinder Morgan Pipeline, LLC, Kinder Morgan Energy Partners, L.P., and Kinder Morgan, Inc.*

**GREENBERG TRAURIG, LLP**

*/s/ Alayne M. Opie*
Kara B. Hendricks (SBN 7743)
Alayne M. Opie (SBN 12623)
10845 Griffith Peak Drive, Suite 600

Las Vegas, Nevada 89101
Telephone: (702) 229-6629
Facsimile: (702) 386-1749

*Attorneys for Defendant City of Las Vegas Downtown Redevelopment Agency*

Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

*Attorneys for Defendant Union Pacific Railroad*

**MUELLER & ASSOCIATES, INC.**

*/s/ Craig A. Mueller*
Craig A. Mueller, Esq. (SBN 4703)
808 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 382-1200

*Attorneys for Plaintiffs*

**ORDER**

**IT IS SO ORDERED**.

________________________________
UNITED STATES MAGISTRATE JUDGE

DATED: November 3, 2026